UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
    ERIC J BOYD
    JULIA Y BOYD
        Debtor(s)

Case No. 10-57828

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2010.

2) The plan was confirmed on 06/08/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/31/2013.

5) The case was dismissed on 06/28/2013.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $61,212.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $36,500.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$36,500.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,466.62 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,466.62** |

Attorney fees paid and disclosed by debtor:       $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT SECURITY SERVICES | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED OCCUPATIONAL MEDIC | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| ADVANTA BANK | Unsecured | 5,423.00 | NA | NA | 0.00 | 0.00 |
| ALISAND SURGERY | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 9,869.00 | 9,868.85 | 9,868.85 | 2,634.04 | 0.00 |
| AMERICAN ACCOUNTS & ADVISERS | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| APLM LTD | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| ARCHITECTURAL DIGEST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGIST OF JOLIE | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGY CONSULTA | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 1,191.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 10,205.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 14,788.78 | 14,788.78 | 3,947.19 | 0.00 |
| CCA | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR PEDIATRIC GASTROEN | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 4,222.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 67,197.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DAYTON DEPT OF FINANCE | Unsecured | 20,225.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS INTERCHANGE | Unsecured | 1,360.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DAYTON PEDIATRIC IMAGING | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| DAYTON POWER & LIGHT | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| DIRECT BUY | Unsecured | 4,900.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE SURGICAL CONSULTANTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 841.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 1,422.00 | 1,421.52 | 1,421.52 | 379.39 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 21,198.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| ELDER BEERMAN | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MED SERV | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ERIC BARNES | Unsecured | 2,525.00 | NA | NA | 0.00 | 0.00 |
| FIRE DEPARTMENT SERVICESS | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | 8,778.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB COMMUNITY HLTH SVCS | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES PATHOLOGISTS | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING INC | Unsecured | 78,988.00 | 78,988.82 | 78,988.82 | 21,136.65 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| HOPE CHILDCARE | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,828.02 | 1,828.02 | 1,828.02 | 1,828.02 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 17.07 | 17.07 | 17.07 | 1.35 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| MENS HEALTH MAGAZINE | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| MERDITH BILLING CENTER | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| MERDITH BILLING CENTER | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| METRO PARAMEDIC SERVICE | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 2,017.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST NEOPED ASSOCIATES LTD | Unsecured | 4,204.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC CARDIOLOGY | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY COUNTY | Unsecured | 3,340.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 1,243.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 684.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE SURGICAL ASSOCIATE | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING CO | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC CANCER CENTER | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC SURGEONS OF DAYTON | Unsecured | 1,294.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIX | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIX | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD FIRE PROT DIST | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 1,217.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,343.00 | 1,999.44 | 1,999.44 | 533.64 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 621.00 | 620.65 | 620.65 | 100.78 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 474.00 | 474.19 | 474.19 | 62.41 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| RESIDENTIAL CREDIT SOLUTIONS | Secured | 28,920.77 | 4,032.00 | 4,032.00 | 4,032.00 | 0.00 |
| RESIDENTIAL CREDIT SOLUTIONS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 1,545.14 | 1,545.14 | 373.17 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,299.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| STEVEN J MORAVEC DDS | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 4,761.00 | NA | NA | 0.00 | 0.00 |
| THERA TECH EQUIPMENT | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Unsecured | 60.00 | 60.00 | 60.00 | 4.74 | 0.00 |
| TRU GREEN CHEM LAWN | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS MED CTR | Unsecured | 2,493.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,874.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 1,366.00 | NA | NA | 0.00 | 0.00 |
| VECTREN ENERGY DELIVERY OF OH | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| WRIGHT STATE PHYSICIANS | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,032.00 | $4,032.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,032.00** | **$4,032.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,828.02 | $1,828.02 | $0.00 |
| **TOTAL PRIORITY:** | **$1,828.02** | **$1,828.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$109,784.46** | **$29,173.36** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,466.62 |
| Disbursements to Creditors | $35,033.38 |
| **TOTAL DISBURSEMENTS**: | **$36,500.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/06/2013    By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**